O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| KEIR MILAN et al.,<br>    Plaintiffs,<br><br>        v.<br><br>JPMORGAN CHASE BANK, N.A. et al.,<br>        Defendants. | Case № 2:24-cv-06323-ODW (MARx)<br><br>**JUDGMENT** |

///

///

///

///

///

///

///

///

///

///

## JUDGMENT

In light of the Court's Order **GRANTING** Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint, (Dkt. No. 34), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendant shall have **JUDGMENT** in its favor;
2. Plaintiffs shall receive nothing; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

December 1, 2025

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**